463 P.2d 533

**James S. NORTON and Doris A. Norton, Appellants,**

**v.**

**Phil BLACK, aka P. N. Black and Bernice Black, his wife, dba Stagestop Motel, and the City of Mesa, a municipality, Appellees.**

No. 9903–PR.

Supreme Court of Arizona.

In Banc.

Jan. 22, 1970.

PER CURIAM:

Review granted. The order dismissing the appeal is vacated for the reason that the bond on appeal is directed to all the proceedings on appeal between James S. Norton and Doris A. Norton against Phil Black, Bernice Black, and the City of Mesa.